1  **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2  Name _____
3       (Last)               (First)              (Initial)

4  Prisoner Number _____

5  Institutional Address _____

6  _____

7  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
8

9  _____ )
   (Enter the full name of plaintiff in this action.) )
                                                      )
10            vs.                                     )   Case No. _____
                                                      )   (To be provided by the Clerk of Court)
11 _____ )
                                                      )   **COMPLAINT UNDER THE**
12 _____ )   **CIVIL RIGHTS ACT,**
                                                      )   **Title 42 U.S.C § 1983**
13 _____ )
                                                      )
14 _____ )
   (Enter the full name of the defendant(s) in this action) )
15 _____ )

16  *[All questions on this complaint form must be answered in order for your action to proceed..]*

17  I.     Exhaustion of Administrative Remedies.

18      [**Note:** You must exhaust your administrative remedies before your claim can go

19      forward.  The court will dismiss any unexhausted claims.]

20      A.    Place of present confinement _____

21      B.    Is there a grievance procedure in this institution?

22             YES ( )    NO ( )

23      C.    Did you present the facts in your complaint for review through the grievance

24          procedure?

25             YES ( )    NO ( )

26      D.    If your answer is YES, list the appeal number and the date and result of the

27          appeal at each level of review.  If you did not pursue a certain level of appeal,

28          explain why.

COMPLAINT                                  - 1 -

1. Informal appeal _____

2. First formal level _____

3. Second formal level _____

4. Third formal level _____

    E.    Is the last level to which you appealed the highest level of appeal available to you?

        YES ( )    NO ( )

    F.    If you did not present your claim for review through the grievance procedure, explain why. _____

II.    Parties.

    A.    Write your name and your present address. Do the same for additional plaintiffs, if any.

    B.    Write the full name of each defendant, his or her official position, and his or her place of employment.

1
2
3
4
5  III.     Statement of Claim.

6         State here as briefly as possible the facts of your case. Be sure to describe how each
7  defendant is involved and to include dates, when possible. Do not give any legal arguments or
8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph.
10
11
12
13
14
15
16
17
18
19
20
21
22
23  IV.      Relief.

24         Your complaint cannot go forward unless you request specific relief. State briefly exactly
25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
26
27
28

_____

_____

_____

_____

    I declare under penalty of perjury that the foregoing is true and correct.

    Signed this _____ day of _____, 20_____

                                    _____

                                          (Plaintiff's signature)