UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOUGLAS SWEDE-RAYMOND NELSON, | No. C 09-4937 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| ARNOLD SCHWARZENEGGER, | |
| Defendant. | |

This is a federal civil rights actions filed by a *pro se* state prisoner under 42 U.S.C. § 1983. Plaintiff was ordered to file an amended complaint by April 8, 2010, or face dismissal of the action. Plaintiff has not yet filed such a document. Accordingly, the action is DISMISSED without prejudice.

The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED**.

DATED: June 10, 2010

RICHARD SEEBORG
United States District Judge

No. C 09-4937 RS (PR)
ORDER OF DISMISSAL